USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HINDS COUNTY, MISSISSIPPI,          :
                                    :     08 Civ. 2516 (VM)
                    Plaintiff,      :
                                    :
    - against -                     :
                                    :
WACHOVIA BANK N.A. et. al.,         :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
CITY OF FRESNO, CALIFORNIA,         :
                                    :     08 Civ. 7355 (VM)
                    Plaintiff,      :
                                    :
    - against -                     :
                                    :
AIG FINANCIAL PRODUCTS,             :     ORDER
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two actions captioned above, the Court noted that case number 08 Civ. 7355 was transferred to this Court for pretrial supervision as part of 08 MD 1950, of which case number 08 Civ. 2516 has been designated on the Court's docket as the lead action consolidating numerous other related cases. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2516; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 08 Civ. 7355, as a separate action and remove it from the Court's database of open cases.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          3 September 2008

_____
Victor Marrero
U.S.D.J.